# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ANTHONY QUINN EDGERTON, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00225-MR |
| | ) | [1:05-cr-00026-MR-1] |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 29, 2013 Order.

May 29, 2013

Frank G. Johns, Clerk
United States District Court